## WHITEPAGES, INC., Plaintiff/Counterclaim Defendant-Appellee

v.

### Jeffrey ISAACS, Greenflight Venture Corporation, Defendants/Counterclaimants-Appellants

### Greenflight Venture Corporation, Jeffrey Isaacs, Plaintiffs-Appellants

v.

### True Software Scandinavia A.B., Defendant-Appellee

### 2016-2672
### 2017-1299

United States Court of Appeals, Federal Circuit.

October 11, 2017

BRYAN ALEXANDER KOHM, Fenwick & West, LLP, San Francisco, CA, argued for all appellees. Appellee Whitepages, Inc. also represented by RAVI RAGAVENDRA RANGANATH; ELIZABETH B. HAGAN, Seattle, WA.

ASHLEY NICOLE MOORE, McKool Smith, PC, Dallas, TX, for appellee True Software Scandinavia A.B. Also represented by WARREN LIPSCHITZ, JONATHAN NATHANIAL POWERS.

ALDO BADINI, Winston & Strawn LLP, New York, NY, argued for appellants. Also represented by MULAN CUI.

(Dyk, Reyna, and Wallach, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**